# DAVID K. BERTAN
### ATTORNEY AT LAW
### 888 GRAND CONCOURSE, SUITE 1N
### BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

July 16, 2021

<u>Via ECF</u>

Hon. J Paul Oetken, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: USA v. Isaiah Fordham-Wise
      Docket No.  20-Cr-563 (JPO)

Dear Judge Oetken:

  I represent Mr. Fordham-Wise.  Pre-trial motions are due today.  I am in the midst of discussing with Mr. Fordham-Wise possible pre-trial resolutions, which would eliminate the need for pre-trial motions.  Accordingly, I'm asking for a two-week extension in which to file pre-trial motions, with a concomitant two-week extension for the Government to respond.

            Very truly yours,

            David K. Bertan, Esq.

cc:  AUSA Kaylan Lasky (via e-mail and ECF)

> Granted.
> So ordered.
> 7/19/2021

_____
J. PAUL OETKEN
United States District Judge