# DAVID K. BERTAN
**ATTORNEY AT LAW**
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK  10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

May 16, 2022

**Via ECF**

Hon. J Paul Oetken, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:     USA v. Isaiah Fordham-Wise
          Docket No.  20-Cr-563 (JPO)

Dear Judge Oetken:

I represent Mr. Fordham-Wise.  I am writing to request that the Court issue an order authorizing Pre-Trial Services to return Mr. Fordham's passport to his mother.  On March 16, 2022, Your Honor sentenced Mr. Fordham to concurrent terms of imprisonment of 8 months on each count, and directed that Mr. Fordham surrender on May 2, 2022.  Mr. Fordham surrendered as required.  His mother wants to retrieve his passport from Pre-Trial Services.  Accordingly, I am requesting that this Court issue an order authorizing Pre-Trial Services to return Mr. Fordham's passport to his mother.  If the Court has any questions, or needs further information, please do not hesitate to call me at the above number.

Very truly yours,

David K. Bertan, Esq.

cc:  AUSA Nicole Ashley (via e-mail and ECF)

Granted.
Pretrial Services is hereby directed to release custody of Mr. Fordham-Wise's passport and return it to his designated representative.
  So ordered.
  5/17/2022

J. PAUL OETKEN
United States District Judge